UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, Jr., | No. 2:20-cv-0683-WBS-EFB P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM JOE SULLIVAN, et al., | |
| Respondents. | |

Petitioner is a state prisoner without counsel seeking a writ of mandamus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 9, 2020, are adopted in full;

2. The petition for a writ of mandamus is dismissed for lack of jurisdiction, without prejudice to filing a civil rights complaint in a new action; and

3. The Clerk is directed to close the case.

Dated: May 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE